■ DEUTSCHE BANK, AG, Respondent, v ALEXANDER VIK, Appellant, et al., Defendants. [50 NYS3d 291]—

Order, Supreme Court, New York County (Anil C. Singh, J.), entered March 7, 2016, which, to the extent appealed from as limited by the briefs, granted plaintiff's motion to extend its time for service pursuant to CPLR 306-b, unanimously affirmed, with costs.

The motion court exercised its discretion in a provident manner in granting the extension both for "good cause shown" and "in the interest of justice" (CPLR 306-b; *see Leader v Maroney, Ponzini & Spencer*, 97 NY2d 95, 104-105 [2001]). Although plaintiff waited to move for the extension until 18 months after service was contested, this was not unreasonable under the circumstances presented. Furthermore, other relevant factors weighed in favor of granting the motion including plaintiff's diligence, the expiration of the statute of limitations on a number of the plaintiff's claims and the absence of prejudice to defendant in light of his actual notice of the summons and complaint (*see Petracca v Hudson Tower Owners LLC*, 139 AD3d 518 [1st Dept 2016]). Where " 'some factors weigh in favor of granting an interest of justice extension and some do not,' " this Court will not disturb the motion court's " 'discretion-laden determination' " (*id.* at 519, quoting *Sutter v Reyes*, 60 AD3d 448, 449 [1st Dept 2009]).

We have considered defendant's remaining contentions and find them unavailing. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Gische and Kahn, JJ.

■ In the Matter of JEAN AZOR, Petitioner, v VINCENT T. QUATTROCHI et al., Respondents. [50 NYS3d 292]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels, Gische and Kahn, JJ.